# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| D. WESTWOOD, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL GRASSO,<br><br>Defendant. | 2:12-CV-1227 JCM (CWH) |

## ORDER

Presently before the court is plaintiffs D. Westwood, Inc., et. al.'s motion to extend time to file an opposition to defendant's motion to vacate temporary restraining order and permanent injunction. (Doc. #12).

Defendant Michael Grasso removed this action to this court on July 11, 2012. (Doc. #1). Defendant simultaneously filed a motion to vacate temporary restraining order and permanent injunction. (Doc. #4). However, CM/ECF did not generate a response date for this motion. Therefore, on July 31, 2012, the court ordered plaintiffs to respond to the motion to vacate temporary restraining order and permanent injunction by August 6, 2012. (Doc. #11).

Plaintiffs now move for a twenty day extension of time, up to and including August 26, 2012, in which to file an opposition to defendant's motion. (Doc. #12). Plaintiffs assert that the deadline for their motion to remand is August 10, 2012. Therefore, plaintiffs request an extension of time to respond to the motion to vacate so that they can first file a motion to remand. (Doc. #12).

. . .

**James C. Mahan**
**U.S. District Judge**

1    Good cause appearing,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs D. Westwood,
3    Inc., et. al.'s motion to extend time to file an opposition to defendant's motion to vacate temporary
4    restraining order and permanent injunction (doc. #12) be, and the same hereby is, GRANTED.
5    Plaintiffs have up to and including August 26, 2012, in which to file an opposition to defendant's
6    motion to vacate.

7    DATED August 3, 2012.

                                                              **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**