Ross C. Goodman
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
ross@goodmanlawgroup.com
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
*Attorneys for Plaintiffs/Counterdefendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D. WESTWOOD, INC., d/b/a TREASURES GENTLEMEN'S CLUB, HASSAN DAVARI, and ALI DAVARI,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL GRASSO,<br><br>　　　　　　　　Defendant. | Case No.: 2:12-cv-01227-JCM-CWH<br><br>**ORDER GRANTING MOTION TO SEAL EXHIBITS 2, 3, AND 7 OF PLAINTIFFS' MOTION TO REMAND** |
| MICHAEL GRASSO,<br><br>　　　　　　　　Counterclaimant,<br><br>vs.<br><br>D. WESTWOOD, INC., d/b/a TREASURES GENTLEMEN'S CLUB, HASSAN DAVARI, and ALI DAVARI,<br><br>　　　　　　　　Counterdefendants. | |

This cause came before the Court upon Plaintiffs' Motion to Seal Exhibits 2, 3, and 7 of Plaintiffs' Motion to Remand. Upon review of the Motion, and the Court being otherwise fully informed in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

The Clerk of Court is hereby ordered to file under seal Exhibits 2, 3, and 7 to the

1

Plaintiffs' Motion to Remand, which Exhibits 2, 3, and 7 are being filed separately under seal. This order shall remain in effect until further order of this Court.

**DONE AND ORDERED** in Chambers, at Las Vegas, Clark County, Nevada, this 15th day of August, 2012.

*James C. Mahan*
U.S. District Court Judge